IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-172 |
| | ) | |
| EMERSON BEGOLLY | ) | |

### ORDER OF COURT

AND NOW, this 28th day of March, 2013, upon consideration of the foregoing Defendant Emerson Begolly's Motion to Continue the Sentencing and Due Date for Sentencing Memoranda, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that all presentence deadlines are continued for forty-five days.

IT IS FURTHER ORDERED that the sentencing hearing scheduled for January 30, 2013 is continued until May 29, 2013 at 10:00 A.M.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge